## Ex Parte ˙Pinto.

Apelación procedente de la Corte de Distrito de San Juan,

No. 74.—Resuelto en abril 4, 1904.

Dominio—Escrito Inicial Promoviendo la Información.—Aunque en el escrito inicial de una información de dominio debe expresarse si el promovente carece o nó de título de dominio escrito, esto no obstante, admitido el escrito sin ese requisito, y sin objeción alguna del tribunal o del Fiscal, no procede, después de corridos todos los trámites legales, denegar la aprobación de la información por la falta de dicho requisito, cuya subsanación ha debido decretar el tribunal oportunamente.

Id.—Posesión para Adquirir el Dominio.—La 'posesión quieta y pacífica, por espacio de veinte y tres años, y a título de compra, es más que suficiente para adquirir por prescripción el dominio de los bienes inmuebles, pues sólo se requiere al efecto seis años de posesión, con buena fe y justo título.(*)

EXPOSICIÓN DEL CASO.

En los autos promovidos en el Tribunal de Distrito de San Juan, por el Abogado Don Damián Monserrat y Simó a nombre de Doña Ignacia Pinto, sobre información de dominio de una finca rústica, pendientes ante nos a virtud del recurso de apelación interpuesto por la promovente contra la sentencia dictada por el referido tribunal, en 15 de julio último, por la que se declaró no haber lugar a la declaratoria de dominio solicitada por la peticionaria.

*Resultando:* que el Abogado Don Damián Monserrat y Simó, a nombre de Doña Ignacia Pinto, promovió expediente ante el Tribunal del Distrito de San Juan para justificar el

dominio de un predio de terreno compuesto de diez y media cuerdas sito en el barrio de la Candelaria, del término municipal de Toa Baja, de ciento cinco dollars de valor y que había adquirido por compra a Doña Maximina Martínez en 18 de mayo de 1881, expresando carecer de título de dominio "inscrito."

*Resultando:* que conferida vista de la anterior solicitud al Fiscal del tribunal, la evacuó manifestando que no veía inconveniente en que se practicara la prueba propuesta por la promovente; y que admitida la información propuesta, publicados los edictos convocando a las personas ignoradas a quienes pudiera perjudicar la inscripción solicitada, y corridos todos los demás trámites legales del expediente, declararon los testigos Don Genaro Dávila y Don Antonio Montañez, mayores de edad y vecinos del barrio de Candelaria donde radican los terrenos, que era cierto y les constaba que Doña Ignacia Pinto había adquirido por compra en el año 1881 de Doña Maximina Martínez el terreno de que se trata y que desde aquella fecha había venido poseyéndolo quieta y pacíficamente y sin oposición alguna.

*Resultando:* que convocados la promovente y el Fiscal, únicas partes interesadas en este expediente, para una (*) comparecencia verbal, a fin de que en ella alegaran lo que creyeran pertinente a sus respectivos derechos, y no habiendo comparecido ninguno de los interesados, dictó sentencia el Tribunal de Distrito de San Juan en 15 de julio último, resolviendo no haber lugar a declarar el dominio interesado por la peticionaria Doña Ignacia Pinto, alegando como único fundamento de dicha resolución, "que sólo pueden ampararse en las prescripciones del título 14 de la Ley Hipotecaria los propietarios que carezcan de título de dominio escrito, circunstancia que por lo menos hay que hacer constar en el escrito inicial del procedimiento, no bastando alegar la carencia de título inscrito."

*Resultando:* que contra esta sentencia interpuso apelación

la representación de la parte promovente, la que le fué admitida libremente y en ambos efectos; y que elevados los autos a esta superioridad con citación y emplazamiento de las partes, y personada la apelante, se dió al recurso la tramitación correspondiente y se señaló día para la vista, a cuyo acto sólo asistió el Fiscal de este tribunal que impugnó el recurso.

Abogado del apelante: *Sr. Monserrat.*

Abogado del Pueblo: *Sr. del Toro, Fiscal.*

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Considerando:* que si bien en el escrito inicial de estas informaciones de dominio, debe expresarse si el promovente carece o nó de título de dominio escrito, y que no basta expresar que se carece de título inscrito, habiendo admitido el tribunal la información propuesta sin aquel requisito, no procede hoy, después de corridos todos los trámites del informativo, desestimarlo de oficio, por un defecto de forma que el tribunal pudo y debió corregir al iniciarse el expediente, rechazando de plano la información propuesta.

*Considerando:* por otra parte que Doña Ignacia Pinto ha (*) acreditado con las declaraciones de dos testigos contestes, mayores de edad y vecinos de la localidad donde radican los terrenos, que la promovente los adquirió por compra a Doña Maximina Martínez desde el año de 1881, o sea hace el espacio de veinte y tres años, y que desde entonces los ha venido poseyendo quieta y pacíficamente, requisitos más que suficientes para adquirir por prescripción el dominio de los bienes inmuebles, con arreglo al artículo 1957 del antiguo Código Civil y la Orden Judicial de 4 de abril de 1899, que sólo requiere para aquel efecto seis años de posesión continua, con buena fe y justo título.

*Vistas* las citadas disposiciones legales y el artículo 395 de la Ley Hipotecaria vigente.

*Fallamos:* que debemos revocar y revocamos le sentencia apelada, aprobando la información propuesta y declarando

que Doña Ignacia Pinto ha justificado el dominio del terreno reseñado en el escrito inicial de este expediente, mandando se le expida copia certificada de la presente resolución y de las demás constancias que solicite para su inscripción en el registro de la propiedad.

Jueces concurrentes: Sres. Hernández, Figueras y Mac-Leary.

El Juez Asociado Sr. Sulzbacher no formó tribunal en la vista de este caso.